SULLIVAN

MICHAEL R. SCOLNICK (MS9984)
Michael R. Scolnick, P.C.
175 Burrows Lane
Blauvelt, New York 10913
Telephone (845) 354-9339
Facsimile (845) 365-1506
Attorneys for Plaintiff



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/08

UNITED STATES DISTRICT COURT
Southern District of New York

---

SHAWN CADLETT (a/k/a/ SEAN CADLETT)

    Plaintiff,

-against-

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF CORRECTIONS "JOHN DOE One
through Five," names being fictitious, true names being
unknown to plaintiff, persons intended being those
employees of the New York City Department of Corrections
whose acts or omissions resulted in the events complained
of in this action; and "RICHARD ROE One through Five,"
names being fictitious, true names being unknown to
plaintiff, persons intended being those employees of the
New York State Division of Parole whose acts or omissions
resulted in the events complained of in this action.

    Defendants

STIPULATION TO
AMEND COMPLAINT

07civ6795

---

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for

plaintiff(s), MICHAEL R. SCOLNICK, P.C., and attorneys of record for defendants, New York City

Law Department, that the caption in the above action be, and upon Order of the Court is, amended

to read as follows:

SHAWN CADLETT (a/k/a/ SEAN CADLETT)

        Plaintiff,

    -against-

CITY OF NEW YORK, the NEW YORK CITY DEPARTMENT OF CORRECTIONS, "JOHN DOE One through Five," names being fictitious, true names being unknown to plaintiff, persons intended being those employees of the New York City Department of Corrections whose acts or omissions resulted in the events complained of in this action; and Senior Parole Officer W. SCOTT, Area Supervisor A.E. PRESTON, Parole Officer "RICHARD" DICKERSON, first name being fictitious, true name unknown to plaintiff, Parole Revocation Specialist D. WHITE, and Supervising Parole Revocation Specialist DOREEN KOSTNER, employees of the New York State Division of Parole whose acts or omissions resulted in the events complained of in this action,

        Defendants.

and it is further

    STIPULATED AND AGREED, that the Complaint herein be, and upon Order of the Court,

is amended to provide:

-Clarification that punitive damages are not demanded against the municipal defendants (¶1);

-Naming the Parole Defendants as defendants and calling them **"The Parole Defendants"**(¶1);

-Substituting **"The Parole Defendants"** for ROE throughout the complaint (¶¶ 2, 10, 30, 35, 38-40);

-Clarifying that a Notice of Claim was served on Defendant CITY (¶12);

-Adding to the existing allegations of plaintiff's demand for his release, and allegations of failure and refusal to release, against the CITY and CORRECTIONS, allegations of the same demand, failure and refusal against **"The Parole Defendants"** (¶ 17-22),

all in accord with the Proposed Amended Complaint annexed hereto and made a part hereof,

and it is further

    STIPULATED AND AGREED, that the Answering defendants shall have until _Ten days after service and Filing of Amended Complaint._

to Serve and File and Answer to the Amended Complaint.

DATED: Blauvelt, New York
       December 18, 2007

_____  12/20/07
New York City Law Department
Attorneys for Defendant(s)
CITY OF NEW YORK &
NEW YORK CITY DEPARTMENT OF
CORRECTIONS,
New York City Law Department
100 Church Street
New York, NY 10007

_____
MICHAEL R. SCOLNICK (MRS9984)
MICHAEL R. SCOLNICK, P.C.
Attorneys for Plaintiffs
175 Burrows Lane
Blauvelt, New York 10913
(845)354-9339

The Stipulation was received by the Court today, 1/9/08, and ~~THE ABOVE~~ IS "SO ORDERED"

_____
Hon. RICHARD J. SULLIVAN
United States District Judge
1/9/08