

**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

| ANDREW M. CUOMO<br>Attorney General | April 28, 2008 | LESLIE G. LEACH<br>Executive Deputy Attorney General<br>Division of State Counsel |
|---|---|---|
| | | JUNE DUFFY<br>Assistant Attorney General in Charge<br>Litigation Bureau |

ELECTRONICALLY FILED
Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re: Cadlett v City of New York, et. al
         07CV6795(RJS)(DCF)

Dear Judge Sullivan:

  This letter written on behalf of defendants Scott, Preston, Dickerson, White and Kostner, all employees of the New York State Division of Parole ("Parole Defendants") respectfully to request that they be given until June 3, 2008 to respond to the complaint in this Section 1983 action. Plaintiff's counsel, Attorney Michael R. Scolnick consents to this application. No prior requests have been made with respect to the date for Parole Defendants' response to the complaint that alleges, in substance, that plaintiff's constitutional rights were violated because of a delay in releasing him from custody.

  As of this date, only defendant Parole Area Supervisor Doreen Kostner is represented by the Office of the Attorney General ("OAG"). Our records reflect that Ms. Kostner was served with the complaint on or about March 17, 2008.

  Our application is made to allow our office obtain and review records from the New York State Department of Parole so that we may determine the appropriate response to the complaint, by means of an answer or a motion to dismiss on behalf of our clients. Moreover, we respectfully submit that it would be in the interest of judicial economy to interpose an answer on behalf of additional Parole Defendants who we expect to represent by June 3rd.

ORDERED
d: 4/29/08
RICHARD J. SULLIVAN
U.S.D.J.

Respectfully submitted,

Donald Nowve
Assistant Attorney General
(212) 416-8227

c. Via Fax (845)365-1506
  Attorney Michael R. Scolnick