UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007-1581

AUG 1 2 2008

**CHAMBERS OF
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE**

August 11, 2008

Michael R. Scolnick, Esq.
Michael R. Scolnick, P.C.
175 Burrows Lane
Blauvelt, NY 10913

Donald Nowve, Esq.
Office of New York State Attorney General
120 Broadway, 24th Floor
New York, NY 10271

    Re:    *Cadlett v. Officer Scott, et al.*,
            No. 07 Civ. 06795 (RJS) (DF)

Dear Counsel:

    This case has been referred to me by Judge Sullivan for the purpose of settlement.

    So that I may have a preliminary understanding of where the parties stand, I have scheduled a telephone conference on <u>September 5, 2008 at 11:00 a.m</u>. Counsel should arrange to initiate the call jointly to my chambers; the main number is (212) 805-4250.

    Please have some serious settlement discussions between counsel <u>prior to that call</u>. I will expect you to address the status of those discussions on the call. Please understand that I will not schedule an in-person settlement conference until counsel can represent that they have engaged in earnerst discussions on their own and, although they are interested in resolving the matter, they have been unable to do so without the Curt's direct involvement.

                                                Very truly yours,

                                                Debra Freeman
                                                United States Magistrate Judge